# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Thomas Glaister, Jr. | : | Case No.: 17-10948 |
| Ronnette Glaister | : | Chapter 13 |
| | : | Judge Thomas P. Agresti |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Kimberly A. Bonner (89705)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Edward H. Cahill (0088985)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

18-018551_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Thomas Glaister, Jr.** | : | **Case No.: 17-10948** |
| **Ronnette Glaister** | : | **Chapter 13** |
| | : | **Judge Thomas P. Agresti** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 20, 2018.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Paul W. McElrath, Attorney for Thomas Glaister, Jr. and Ronnette Glaister, McElrath Legal Holdings, LLC., 1641 Saw Mill Run Boulevard, Pittsburgh, PA 15210, ecf@mcelrathlaw.com

Service by First-Class Mail:
Thomas Glaister, Jr. and Ronnette Glaister, 2317 Mercer West Middlesex Road, West Middlesex, PA 16159

Thomas Glaister, Jr. and Ronnette Glaister, 2317 Mercer W Middlesex Rd, West Middlesex, PA 16159

EXECUTED ON: June 20, 2018

                                                               By: /s/ Karina Velter
                                                               Signature
                                                               Karina Velter, Esquire
                                                               Typed Name
                                                               P.O. Box 165028, Columbus, OH 43216-5028
                                                               Address
                                                               614-220-5611
                                                               Phone No.

18-018551_PS

94781
List Bar I.D. and State of Admission

18-018551_PS