**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/24/2021

IN RE:

| | |
|---|---|
| THOMAS GLAISTER, JR.<br>RONNETTE GLAISTER<br>2317 MERCER WEST MIDDLESEX ROAD<br>WEST MIDDLESEX, PA  16159<br>XXX-XX-6757          Debtor(s)<br><br>XXX-XX-8987 | Case No.17-10948 TPA<br><br>Chapter 13 |

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/24/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **REGENCY FINANCE CO**<br>41-A HADLEY RD<br>GREENVILLE, PA 16125 | Trustee Claim Number: 2   INT %: 4.25%<br>Court Claim Number: 2<br>CLAIM: 6,652.87<br>COMMENT: $CL2GOVS@4.25%MDF/PL*FNB | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9920 |
| **WILMINGTON TRUST NA - TRUSTEE MRFA TRUST**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL1GOVS*BGN 10/17*867/PL*DK4LMT*FR WELLS*DOC 35 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4629 |
| **AR RESOURCES INC**<br>POB 1056<br>BLUE BELL, PA 19422 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HERMITAGE ORTHO*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4751 |
| **CASHLAND++**<br>5708 GLENWAY AVE<br>CINCINNATI, OH 45238 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO AMT/SCH*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CNAC**<br>ATTN BANKRUPTCY DEPARTMENT<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN 46032 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3173 |
| **CONVERGENT OUTSOURCING INCORP**<br>800 SW 39TH ST<br>RENTON, WA 98057 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISH NETWORK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2451 |
| **CREDIT CONTROL SERVICE**<br>PO BOX 607<br>NORWOOD, MA 02062 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONWIDE INS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9940 |
| **CREDIT CONTROL SERVICE**<br>PO BOX 607<br>NORWOOD, MA 02062 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9399 |
| **CREDIT CONTROL SERVICE**<br>PO BOX 607<br>NORWOOD, MA 02062 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7605 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6828 | CLAIM: 0.00<br>COMMENT: PRIMARY HEALTH NTWK |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3846 | CLAIM: 0.00<br>COMMENT: PRIMARY HEALTH NETWORK |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0851 | CLAIM: 0.00<br>COMMENT: PRIMARY HEALTH NTWK |
| **EXPRESS CASH ADVANCE++**<br>850 SOUTH IRVINE AVE<br>MASURY, OH  44438 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **FIRST AMERICAN LOANS**<br>854 SOUTH IRVINE AVE<br>MASURY, OH  44438 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO AMT/SCH |
| **MERCER COUNTY COMMUNITY FCU**<br>559 N HERMITAGE RD<br>HERMITAGE, PA  16148 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7997 | CLAIM: 397.09<br>COMMENT: X9701/SCH*LOAN 87723*2016 LOAN*INSUFF POD |
| **NORTHWEST BANK ASSGNEE NORTHWEST CD**<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3699 | CLAIM: 5,003.41<br>COMMENT: NO AMT/SCH*AMD |
| **PENN POWER/FIRST ENERGY***<br>5001 NASA BLVD<br>FAIRMONT, WV  26554 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4234 | CLAIM: 8,398.34<br>COMMENT: NO AMT/SCH~NUM/SCH |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA  19103 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NTC ONLY/SCH |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1004 | CLAIM: 196.27<br>COMMENT: CHG OFF 8/10/2015*NO PMT DT |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 121.57<br>COMMENT: CHG OFF 2/23/15*NO LAST PMT DT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1775 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 116.03<br>COMMENT: CHG OFF 12/8/15*NO LAST PMT DT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1788 |
| **NATIONWIDE BANK**<br>1 NATIONWIDE PLAZA<br>COLUMBUS, OH  43215 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONWIDE INS/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON TRUST NA - TRUSTEE MRFA TRUST**<br>C/O FAY SERVICING LLC(*)<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 14,616.13<br>COMMENT: CL1GOVS*THRU 9/17*12K/PL*FR WELLS*DOC 35 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4629 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 325.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6757 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,446.75<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8987 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 849.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8987 |
| **RICHARDSON THOMAS & BUSHMAN**<br>1777 SENTRY PKWY W<br>BLUE BELL, PA  19422 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON TRUST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FAY SVCNG~WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STEPHEN R FRANKS ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON TRUST/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |