**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>THOMAS GLAISTER, JR.<br>RONNETTE GLAISTER | Case No. 17-10948TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>REGENCY FINANCE CO | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE FINAL PAYMENT ON THE DEBT HAS BECOME STALE DATED TWICE.

| | |
|---|---|
| REGENCY FINANCE CO<br>41-A HADLEY RD<br>GREENVILLE, PA 16125 | Court claim# 2/Trustee CID# 2 |

The Movant further certifies that on 12/10/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>THOMAS GLAISTER, JR., RONNETTE GLAISTER, 2317 MERCER WEST MIDDLESEX ROAD, WEST MIDDLESEX, PA  16159 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |

ORIGINAL CREDITOR:
REGENCY FINANCE CO, 41-A HADLEY RD, GREENVILLE, PA  16125

NEW CREDITOR: