UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/21/22 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  THOMAS GLAISTER, JR.<br>RONNETTE GLAISTER<br>            Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>THOMAS GLAISTER, JR.<br>RONNETTE GLAISTER<br><br>      Respondents | Case No.17-10948GLT<br><br><br>Chapter 13<br><br><br>Document No.___81___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

    AND NOW, this ___21st___ day of November, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

Thompson Fabricating<br>
Attn : Payroll Manager<br>
60 Council Ave<br>
Wheatland,PA 16161

is hereby ordered to immediately terminate the attachment of the wages of THOMAS GLAISTER, JR., social security number XXX-XX-6757. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THOMAS GLAISTER, JR..

BY THE COURT:

_____
Gregory L. Taddonio    jlm
Chief United States Bankruptcy Judge

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10948-GLT |
| Thomas Glaister, Jr. | Chapter 13 |
| Ronnette Glaister | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Glaister, Jr., Ronnette Glaister, 2317 Mercer West Middlesex Road, West Middlesex, PA 16159-3211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo USA Holdings Inc. jblank@pincuslaw.com |
| Kaitlin Shire | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kevin M Buttery | on behalf of Creditor Wilmington Trust National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 kbuttery@rascrane.com |
| Michael J Shavel | |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Wilmington Trust National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Thomas Glaister Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
on behalf of Joint Debtor Ronnette Glaister ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Wilmington Trust National Association amps@manleydeas.com

TOTAL: 10