**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Thomas Glaister, Jr. and | : | **CASE NO. 17-10948-GLT** |
| Ronnette Glaister, | : | **Chapter 13** |
| Debtors | : | |
| | : | |
| Thomas Glaister, Jr. and | : | |
| Ronnette Glaister, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 13, 2022, at docket number 78 and 79, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

   This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Dated: November 29, 2022

                                          BY:    /s/ Paul W. McElrath
                                                 Paul W. McElrath, Esquire
                                                 Attorney for Debtor/Movant
                                                 PA I.D. #86220
                                                 1641 Saw Mill Run Blvd.
                                                 Pittsburgh, PA 15210
                                                 (412) 765-3606

PAWB Local Form 24 (07/13)