**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | THOMAS GLAISTER, JR. |
| Debtor 2 (Spouse, if filing) | RONNETTE GLAISTER |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 17-10948GLT |

Form 4100N
# Notice of Final Cure Payment          10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | WILMINGTON TRUST NA - TRUSTEE MRFA |
| Court claim no. (if known): | 1 |
| Last 4 digits of any number you use to identify the debtor's account | 4 6 2 9 |
| Property Address: | 2317 MERCER WEST MIDDLESEX RD<br>WEST MIDDLESEX PA 16159 |

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                           **Amount**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 14,616.13 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 14,616.13 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 14,616.13 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
    Current monthly mortgage payment                                                $    $861.31
    The next postpetition payment is due on    12 / 1 / 2022
                                               MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **THOMAS GLAISTER, JR.** | Case number *(if known)* | **17-10948GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date    11/29/2022

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA 15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

Case 17-10948-GLT    Doc 90    Filed 11/29/22    Entered 11/29/22 15:53:07    Desc Main
Document      Page 3 of 5

| Debtor 1 | THOMAS GLAISTER, JR. | Case number *(if known)* | 17-10948GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 11/27/2018 | 1101130 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 45.02 |
| 01/25/2019 | 1107545 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 504.91 |
| 02/25/2019 | 1110771 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 252.56 |
| 03/25/2019 | 1114053 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 252.56 |
| 04/26/2019 | 1117410 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 860.27 |
| 05/24/2019 | 1120801 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 262.16 |
| 06/25/2019 | 1124196 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 262.16 |
| 07/29/2019 | 1127670 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 272.54 |
| 08/27/2019 | 1131151 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 272.54 |
| 09/24/2019 | 1134373 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 272.54 |
| 10/24/2019 | 1137797 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 255.66 |
| 11/25/2019 | 1141268 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 876.75 |
| 12/23/2019 | 1144637 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 255.66 |
| 01/28/2020 | 1148116 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 258.26 |
| 02/25/2020 | 1151661 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 258.26 |
| 03/23/2020 | 1155121 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 258.26 |
| 04/27/2020 | 1158576 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 258.26 |
| 05/26/2020 | 1161904 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 208.94 |
| 06/26/2020 | 1165079 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 208.94 |
| 07/29/2020 | 1168167 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 208.94 |
| 09/28/2020 | 1174354 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 64.80 |
| 10/26/2020 | 1177414 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 173.90 |
| 11/24/2020 | 1180476 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 182.99 |
| 03/26/2021 | 1192856 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 119.19 |
| 04/26/2021 | 1196062 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 180.54 |
| 05/25/2021 | 1199164 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 301.50 |
| 06/25/2021 | 1202383 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 339.95 |
| 07/26/2021 | 1205549 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 411.33 |
| 08/26/2021 | 1208719 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,053.84 |
| 09/24/2021 | 1211818 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 411.33 |
| 10/25/2021 | 1214865 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 386.67 |
| 11/22/2021 | 1217887 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 386.67 |
| 12/23/2021 | 1220990 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 386.11 |
| 01/26/2022 | 1224023 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 386.11 |
| 02/23/2022 | 1226864 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 398.49 |
| 03/25/2022 | 1229879 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,028.67 |
| 04/26/2022 | 1232928 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 398.49 |
| 05/25/2022 | 1235952 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 398.49 |
| 06/27/2022 | 1238970 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 398.49 |
| 07/26/2022 | 1241897 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 398.49 |
| 08/24/2022 | 1244757 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 398.49 |
| 09/27/2022 | 1247644 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 106.40 |
| | | | | **14,616.13** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/26/2018 | 1088440 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 8,027.83 |
| 08/28/2018 | 1091657 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 893.70 |
| 09/25/2018 | 1094780 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 955.68 |
| 10/29/2018 | 1098043 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,488.71 |
| 11/27/2018 | 1101130 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 990.03 |
| 12/21/2018 | 1104248 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 517.67 |
| 01/25/2019 | 1107545 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,129.79 |
| 02/25/2019 | 1110771 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 823.73 |
| 03/25/2019 | 1114053 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 823.73 |
| 04/26/2019 | 1117410 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 833.87 |
| 05/24/2019 | 1120801 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 06/25/2019 | 1124196 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 07/29/2019 | 1127670 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 08/27/2019 | 1131151 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 09/24/2019 | 1134373 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 10/24/2019 | 1137797 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 11/25/2019 | 1141268 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 12/23/2019 | 1144637 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |

| Debtor 1 | **THOMAS GLAISTER, JR.** | Case number *(if known)* | **17-10948GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 01/28/2020 | 1148116 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 02/25/2020 | 1151661 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 03/23/2020 | 1155121 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 04/27/2020 | 1158576 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 05/26/2020 | 1161904 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 06/26/2020 | 1165079 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 07/29/2020 | 1168167 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 827.11 |
| 08/25/2020 | 1171231 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,048.35 |
| 09/28/2020 | 1174354 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 958.91 |
| 10/26/2020 | 1177414 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 871.24 |
| 11/24/2020 | 1180476 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 871.24 |
| 12/21/2020 | 1183371 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 512.96 |
| 01/25/2021 | 1186413 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 512.88 |
| 02/22/2021 | 1189527 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,025.85 |
| 03/26/2021 | 1192856 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,438.17 |
| 04/26/2021 | 1196062 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 05/25/2021 | 1199164 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 06/25/2021 | 1202383 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 07/26/2021 | 1205549 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 08/26/2021 | 1208719 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 09/24/2021 | 1211818 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 10/25/2021 | 1214865 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 11/22/2021 | 1217887 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 12/23/2021 | 1220990 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 01/26/2022 | 1224023 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 873.69 |
| 02/23/2022 | 1226864 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 03/25/2022 | 1229879 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 04/26/2022 | 1232928 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 05/25/2022 | 1235952 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 06/27/2022 | 1238970 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 07/26/2022 | 1241897 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 08/24/2022 | 1244757 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 861.31 |
| 09/27/2022 | 1247644 | WILMINGTON TRUST NA - TRUSTEE MRFA | AMOUNTS DISBURSED TO CREDITOR | 1,722.62 |
| | | | | 52,619.68 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

THOMAS GLAISTER, JR.
RONNETTE GLAISTER
2317 MERCER WEST MIDDLESEX ROAD
WEST MIDDLESEX, PA  16159

PAUL W MCELRATH JR ESQ
MCELRATH LEGAL HOLDINGS LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210

WILMINGTON TRUST NA - TRUSTEE MRFA TRUST 2015-1
C/O FAY SERVICING LLC(*)
PO BOX 814609
DALLAS, TX  75381-4609

FAY SERVICING LLC(*)
PO BOX 814609
DALLAS, TX  75381-4609

HILL WALLACK LLC
777 TOWNSHIP LINE RD STE 250
YARDLEY, PA  19067


11/29/22                                                        /s/ Roberta Saunier
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee