Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas Glaister Jr.** | : | Case No. 17−10948−GLT |
| **Ronnette Glaister** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 92 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/8/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 22nd of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 92 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before February 6, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *March 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-10948-GLT
Thomas Glaister, Jr.     Chapter 13
Ronnette Glaister
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Dec 22, 2022     Form ID: 604     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Glaister, Jr., Ronnette Glaister, 2317 Mercer West Middlesex Road, West Middlesex, PA 16159-3211 |
| cr | | Wilmington Trust, National Association, not in its, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14707176 | | Express Cash Advance, 50 S Irvine Ave, Brookfield, OH 44403 |
| 14690390 | + | Fnb Cons Disc Co, 41a Hadley Rd, Greenville, PA 16125-1239 |
| 14707179 | + | Mercer County Communit, 428 N Sharpsville Ave, Sharon, PA 16146-2120 |
| 14690391 | + | Mercer County Community FCU, 559 N. Hermitage Road, Hermitage, PA 16148-3227 |
| 14729538 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14707181 | + | Nortwest Consumer Discount, 3879 E State St, Hermitage, PA 16148-3452 |
| 14690392 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14690394 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14792700 | | Wilmington Trust, National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 22 2022 23:41:00 | Wilmington Trust, National Association, not in its, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14690384 | | Email/Text: collectors@arresourcesinc.com | Dec 22 2022 23:41:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14707170 | + | Email/Text: cashamerica@nuvox.net | Dec 22 2022 23:41:00 | Cashland, 906 S Irvine Ave, Masury, OH 44438-1263 |
| 14690385 | + | Email/Text: bankruptcy@jdbyrider.com | Dec 22 2022 23:41:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14690386 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14690387 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2022 23:41:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14690388 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2022 23:41:00 | Credit Control Service, Po Box 607, Norwood, MA 02062-0607 |
| 14690389 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2022 23:41:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |

| | | | | |
|---|---|---|---|---|
| 14707177 | + | Email/Text: bnc@advanceamerica.net | Dec 22 2022 23:41:00 | First American Loans, 854 S Irvine Ave, Masury, OH 44438-1259 |
| 14707180 | ^ | MEBN | Dec 22 2022 23:38:36 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 14707182 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2022 23:41:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14769804 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2022 23:41:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14779194 | ^ | MEBN | Dec 22 2022 23:38:32 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14783386 | ^ | MEBN | Dec 22 2022 23:38:27 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745947 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 23:45:24 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14690393 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2022 23:40:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14722264 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2022 23:45:23 | Wells Fargo USA Holdings Inc., as Trustee, c/o Wells Fargo Bank, N.A., as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo USA Holdings Inc. |
| cr | | Wilmington Trust, National Association |
| cr | | Wilmington Trust, National Association, not in its |
| 14707169 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14707171 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14707172 | *+ | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14707173 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14707174 | *+ | Credit Control Service, Po Box 607, Norwood, MA 02062-0607 |
| 14707175 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14707178 | *+ | Fnb Cons Disc Co, 41a Hadley Rd, Greenville, PA 16125-1239 |
| 14707183 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14707184 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14707185 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14728820 | ##+ | Regency Finance Company, 41-A Hadley Road, P.O. Box 152, Greenville, PA 16125-0152 |

TOTAL: 3 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 22, 2022 | Form ID: 604 | Total Noticed: 28 |

Date: Dec 24, 2022　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

**Name**　　**Email Address**

Brian Nicholas
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bnicholas@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jerome B. Blank
on behalf of Creditor Wells Fargo USA Holdings Inc. jblank@pincuslaw.com

Kaitlin Shire
on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kevin M Buttery
on behalf of Creditor Wilmington Trust National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 kbuttery@rascrane.com

Michael J Shavel
on behalf of Creditor Wilmington Trust National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Thomas Glaister Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
on behalf of Joint Debtor Ronnette Glaister ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Wilmington Trust National Association amps@manleydeas.com

TOTAL: 11