**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS GLAISTER, JR.<br>RONNETTE GLAISTER<br>         Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>         Movant<br>         vs.<br>No Respondents. | Case No.:17-10948<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2017 and confirmed on 5/23/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 84,370.00 |
| Less Refunds to Debtor | 804.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,565.83 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 3,697.31 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,697.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON TRUST NA - TRUSTEE MRF | 0.00 | 52,619.68 | 0.00 | 52,619.68 |
|     Acct: 4629 | | | | |
|   WILMINGTON TRUST NA - TRUSTEE MRF | 14,616.13 | 14,616.13 | 0.00 | 14,616.13 |
|     Acct: 4629 | | | | |
|   REGENCY FINANCE CO | 6,494.16 | 6,494.16 | 593.95 | 7,088.11 |
|     Acct: 9920 | | | | |
| | | | | 74,323.92 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS GLAISTER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS GLAISTER, JR. | 804.17 | 804.17 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 165.57 | 165.57 | 0.00 | 165.57 |
|     Acct: XXXXXXXXXXXXXE CO | | | | |
| | | | | 165.57 |
| **Unsecured** | | | | |
|   AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4751 | | | | |
|   CASHLAND++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CNAC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3173 | | | | |
|   CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2451 | | | | |
|   CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9940 | | | | |
|   CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9399 | | | | |
|   CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |

17-10948                                                                                              Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7605 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6828 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3846 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0851 | | | | |
|   EXPRESS CASH ADVANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIRST AMERICAN LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MERCER COUNTY COMMUNITY FCU | 397.09 | 56.05 | 0.00 | 56.05 |
|     Acct: 7997 | | | | |
|   NORTHWEST BANK ASSGNEE NORTHWE | 5,003.41 | 706.28 | 0.00 | 706.28 |
|     Acct: 3699 | | | | |
|   PENN POWER/FIRST ENERGY* | 8,398.34 | 1,185.51 | 0.00 | 1,185.51 |
|     Acct: 4234 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 196.27 | 27.71 | 0.00 | 27.71 |
|     Acct: 1004 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 121.57 | 17.16 | 0.00 | 17.16 |
|     Acct: 1775 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 116.03 | 16.38 | 0.00 | 16.38 |
|     Acct: 1788 | | | | |
|   UPMC HEALTH SERVICES | 325.00 | 45.88 | 0.00 | 45.88 |
|     Acct: 6757 | | | | |
|   UPMC HEALTH SERVICES | 1,446.75 | 204.22 | 0.00 | 204.22 |
|     Acct: 8987 | | | | |
|   UPMC HEALTH SERVICES | 849.00 | 119.84 | 0.00 | 119.84 |
|     Acct: 8987 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARDSON THOMAS & BUSHMAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONWIDE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 2,379.03 |

TOTAL PAID TO CREDITORS                                                                      76,868.52

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 165.57 |
| SECURED | 21,110.29 |
| UNSECURED | 16,853.46 |

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    THOMAS GLAISTER, JR.
    RONNETTE GLAISTER
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:17-10948

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10948-GLT |
| Thomas Glaister, Jr. | Chapter 13 |
| Ronnette Glaister | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Glaister, Jr., Ronnette Glaister, 2317 Mercer West Middlesex Road, West Middlesex, PA 16159-3211 |
| cr | | Wilmington Trust, National Association, not in its, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14707176 | | Express Cash Advance, 50 S Irvine Ave, Brookfield, OH 44403 |
| 14690390 | + | Fnb Cons Disc Co, 41a Hadley Rd, Greenville, PA 16125-1239 |
| 14707179 | + | Mercer County Communit, 428 N Sharpsville Ave, Sharon, PA 16146-2120 |
| 14690391 | + | Mercer County Community FCU, 559 N. Hermitage Road, Hermitage, PA 16148-3227 |
| 14729538 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14707181 | + | Nortwest Consumer Discount, 3879 E State St, Hermitage, PA 16148-3452 |
| 14690392 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14690394 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14792700 | | Wilmington Trust, National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 22 2022 23:41:00 | Wilmington Trust, National Association, not in its, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14690384 | | Email/Text: collectors@arresourcesinc.com | Dec 22 2022 23:41:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14707170 | + | Email/Text: cashamerica@nuvox.net | Dec 22 2022 23:41:00 | Cashland, 906 S Irvine Ave, Masury, OH 44438-1263 |
| 14690385 | + | Email/Text: bankruptcy@jdbyrider.com | Dec 22 2022 23:41:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14690386 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 22 2022 23:41:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14690387 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2022 23:41:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14690388 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2022 23:41:00 | Credit Control Service, Po Box 607, Norwood, MA 02062-0607 |
| 14690389 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 22 2022 23:41:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |

Case 17-10948-GLT   Doc 95   Filed 12/24/22   Entered 12/25/22 00:25:05   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14707177 | + | Email/Text: bnc@advanceamerica.net | Dec 22 2022 23:41:00 | First American Loans, 854 S Irvine Ave, Masury, OH 44438-1259 |
| 14707180 | | ^ MEBN | Dec 22 2022 23:38:37 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 14707182 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2022 23:41:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14769804 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2022 23:41:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14779194 | | ^ MEBN | Dec 22 2022 23:38:33 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14783386 | | ^ MEBN | Dec 22 2022 23:38:27 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745947 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 23:45:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14690393 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2022 23:40:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14722264 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2022 23:45:23 | Wells Fargo USA Holdings Inc., as Trustee, c/o Wells Fargo Bank, N.A., as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo USA Holdings Inc. |
| cr | | Wilmington Trust, National Association |
| cr | | Wilmington Trust, National Association, not in its |
| 14707169 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14707171 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14707172 | *+ | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14707173 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14707174 | *+ | Credit Control Service, Po Box 607, Norwood, MA 02062-0607 |
| 14707175 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14707178 | *+ | Fnb Cons Disc Co, 41a Hadley Rd, Greenville, PA 16125-1239 |
| 14707183 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14707184 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14707185 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14728820 | ##+ | Regency Finance Company, 41-A Hadley Road, P.O. Box 152, Greenville, PA 16125-0152 |

TOTAL: 3 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bnicholas@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jerome B. Blank
on behalf of Creditor Wells Fargo USA Holdings Inc. jblank@pincuslaw.com

Kaitlin Shire
on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kevin M Buttery
on behalf of Creditor Wilmington Trust  National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 kbuttery@rascrane.com

Michael J Shavel
on behalf of Creditor Wilmington Trust  National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Thomas Glaister  Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Paul W. McElrath, Jr.
on behalf of Joint Debtor Ronnette Glaister ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Wilmington Trust  National Association amps@manleydeas.com

TOTAL: 11