**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Glaister Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−6757<br>EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ronnette Glaister<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−8987<br>EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17−10948−GLT | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Glaister Jr.                                                    Ronnette Glaister

2/7/23                                                                   **By the court:** Gregory L Taddonio
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-10948-GLT

Thomas Glaister, Jr.  Chapter 13

Ronnette Glaister

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3

Date Rcvd: Feb 07, 2023      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Glaister, Jr., Ronnette Glaister, 2317 Mercer West Middlesex Road, West Middlesex, PA 16159-3211 |
| cr | | Wilmington Trust, National Association, not in its, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14707176 | | Express Cash Advance, 50 S Irvine Ave, Brookfield, OH 44403 |
| 14690390 | + | Fnb Cons Disc Co, 41a Hadley Rd, Greenville, PA 16125-1239 |
| 14707179 | + | Mercer County Communit, 428 N Sharpsville Ave, Sharon, PA 16146-2120 |
| 14690391 | + | Mercer County Community FCU, 559 N. Hermitage Road, Hermitage, PA 16148-3227 |
| 14729538 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14707181 | + | Nortwest Consumer Discount, 3879 E State St, Hermitage, PA 16148-3452 |
| 14690392 | + | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14792700 | | Wilmington Trust, National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 08 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 08 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 08 2023 00:00:00 | Wilmington Trust, National Association, not in its, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| 14690384 | | Email/Text: collectors@arresourcesinc.com | Feb 08 2023 00:00:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14707170 | + | Email/Text: cashamerica@nuvox.net | Feb 08 2023 00:00:00 | Cashland, 906 S Irvine Ave, Masury, OH 44438-1263 |
| 14690385 | + | Email/Text: bankruptcy@jdbyrider.com | | |

Case 17-10948-GLT   Doc 99   Filed 02/09/23   Entered 02/10/23 00:29:11   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2023 00:01:00 | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14690386 | + | EDI: CONVERGENT.COM | Feb 08 2023 04:54:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14690387 | + | EDI: CCS.COM | Feb 08 2023 04:54:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14690388 | + | EDI: CCS.COM | Feb 08 2023 04:54:00 | Credit Control Service, Po Box 607, Norwood, MA 02062-0607 |
| 14690389 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 08 2023 00:00:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14707177 | + | Email/Text: bnc@advanceamerica.net | Feb 08 2023 00:00:00 | First American Loans, 854 S Irvine Ave, Masury, OH 44438-1259 |
| 14707180 | ^ | MEBN | Feb 07 2023 23:54:30 | Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2239 |
| 14707182 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 08 2023 00:00:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14769804 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 08 2023 00:00:00 | Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14779194 | ^ | MEBN | Feb 07 2023 23:54:28 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14783386 | ^ | MEBN | Feb 07 2023 23:54:21 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745947 | | EDI: AIS.COM | Feb 08 2023 04:54:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14690393 | + | EDI: VERIZONCOMB.COM | Feb 08 2023 04:54:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14690394 | | EDI: WFFC.COM | Feb 08 2023 04:54:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14707185 | | EDI: WFFC.COM | Feb 08 2023 04:54:00 | Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14722264 | + | EDI: WFFC2 | Feb 08 2023 04:54:00 | Wells Fargo USA Holdings Inc., as Trustee, c/o Wells Fargo Bank, N.A., as Servicer, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo USA Holdings Inc. |
| cr | | Wilmington Trust, National Association |
| cr | | Wilmington Trust, National Association, not in its |
| 14707169 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14707171 | *+ | Cnac - In101, 12802 Hamilton Crossing, Carmel, IN 46032-5424 |
| 14707172 | *+ | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14707173 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14707174 | *+ | Credit Control Service, Po Box 607, Norwood, MA 02062-0607 |
| 14707175 | *+ | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14707178 | *+ | Fnb Cons Disc Co, 41a Hadley Rd, Greenville, PA 16125-1239 |
| 14707183 | *+ | Phelan Hallinan Diamond & Jones LLP., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14707184 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14728820 | ##+ | Regency Finance Company, 41-A Hadley Road, P.O. Box 152, Greenville, PA 16125-0152 |

TOTAL: 3 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 07, 2023 | Form ID: 3180W | Total Noticed: 31 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo USA Holdings Inc. jblank@pincuslaw.com |
| Kaitlin Shire | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kevin M Buttery | on behalf of Creditor Wilmington Trust  National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 kbuttery@rascrane.com |
| Michael J Shavel | on behalf of Creditor Wilmington Trust  National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Thomas Glaister  Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W. McElrath, Jr. | on behalf of Joint Debtor Ronnette Glaister ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Wilmington Trust  National Association amps@manleydeas.com |

TOTAL: 11